| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, VICTORIA A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>07/12/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI. 48226 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Michigan Bar Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of Justice | March 5, 2016 - March 13, 2016 | Kuala Lumpur, Malysia | Meeting or seminar with another government entity | Airfare, hotel, meals, taxi and room taxes |
| 2. | Federal Judicial Center | March 16, 2016 - March 19, 2016 | Malibu, CA | FJC educational seminar | Airfare, hotel, meals, taxi and room taxes |
| 3. | Judicial Conference Committee or subcommittee | May 23, 2016 - May 26, 2016 | Louisville, KY | Circuit judicial conference | Airfare, hotel, meals, taxi and room taxes |
| 4. | Administrtive Office | June 8, 2016 - June 10, 2016 | Chicago, IL | Meeting sponsored by the AO, FJC, USSC or JPMDL | Airfare, hotel, meals, taxi and room taxes |
| 5. | Federal Judicial Center | July 24, 2016 - July 29, 2016 | San Diego, CA | Meeting sponsored by the AO, FJC, USSC or JPMDL | Airfare, hotel, meals, taxi and room taxes |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Judicial Center | September 20, 2016 - September 23, 2016 | Miami, FL | FJC educational seminar | Airfare, hotel, meals, taxi and room taxes |
| 7. | Department of Justice | October 31, 2016 - November 5, 2016 | Kathmandu, Nepal | Meeting or seminar with another government entity | Airfare, hotel, meals, taxi and room taxes |
| 8. | Federal Judicial Center | November 6, 2016 - November 11, 2016 | Windhoek, Namibia | FJC educational seminar | Airfare, hotel, meals, taxi and room taxes |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simone Road LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 2. Judy Circle LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 3. Fairview Drive LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 4. Dover Road LLC , Wayne County MI | A | Rent | L | W | | | | | |
| 5. Burger Road LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 6. Dearborn Heights LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 7. Palmer Road LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 8. Knolson Road, LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 9. Ann Arbor Trail Assoc. LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 10. New Ventures Association LLC, Wayne County MI | A | Rent | | | Open | 01/06/16 | M | | |
| 11. | | | | | Closed | 12/31/16 | M | A | |
| 12. Waltz Road Ventures LLC, Huron Township, MI | A | Rent | | | Open | 08/30/16 | K | | |
| 13. | | | | | Closed | 12/31/16 | K | A | |
| 14. Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 15. JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 16. JP Morgan Chase - Savings | A | Interest | L | T | | | | | |
| 17. Rental House - Detroit, MI | A | Rent | | | Sold | 08/15/16 | M | F | E. Reasonover and P. Lewis |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab: | | | | | | | | | |
| 19. -Clearbridge Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 12/21/16 | J | | |
| 20. -Charles Schwab Deposit Account | A | Dividend | L | T | | | | | |
| 21. -Lear Corporation | A | Dividend | J | T | | | | | |
| 22. -Market Vectors Intermediate Muni Index | B | Dividend | L | T | | | | | |
| 23. -Powershares S&P Low Volatility Portfolio | A | Dividend | K | T | | | | | |
| 24. -Vanguard Interm-Term Exempt Adm | A | Int./Div. | L | T | Buy (add'l) | 12/30/16 | J | | |
| 25. Charles Schwab IRA: | | | | | | | | | |
| 26. -Delaware Diversified Income Fund | A | Dividend | L | T | | | | | |
| 27. -First Eagle Global Fund | A | Dividend | L | T | | | | | |
| 28. -Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 29. -Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 30. -Merk Co., Inc. | A | Dividend | J | T | | | | | |
| 31. -Loomis Sayles Bond Fund | B | Dividend | | | Sold | 05/03/16 | K | A | |
| 32. -Vanguard Interm Bond | A | Dividend | L | T | | | | | |
| 33. -Guggenheim S&P 500 Equal Weight | A | Dividend | J | T | | | | | |
| 34. -IShares TR Bond 1-3 Year | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy (add'l) | 10/31/16 | J | | |
| 36. -Vaneck Vectors Biotech(Note: Name Change during 2016) | A | Dividend | J | T | | | | | |
| 37. -Powershares DWA Small Cap Momentum ETF | A | Dividend | J | T | | | | | |
| 38. -Vanguared Growth | B | Dividend | L | T | Sold (part) | 10/31/16 | K | | |
| 39. -Wisdomtree Equity Income High Yield Equity | B | Dividend | L | T | | | | | |
| 40. -Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 41. -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | K | T | | | | | |
| 42. -IShares MSCI Emerging Mkts Min Vol | A | Dividend | J | T | | | | | |
| 43. -Janus High Yield | A | Dividend | K | T | Buy (add'l) | 05/03/16 | J | | |
| 44. -Powershares FTSE RAFI Dvlp Mkts ETF | A | Dividend | K | T | Buy (add'l) | 05/05/16 | K | | |
| 45. -SPDR DJ Wilshire Int'l Real Estate | A | Dividend | J | T | | | | | |
| 46. -IShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 47. -Pimco 0-5 Year High Yield | A | Dividend | K | T | Buy | 05/05/16 | K | | |
| 48. -Powershares Variable Rate PRF ETF | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

New Ventures Association LLC and Waltz Road Ventures LLC were new investments in LLC's for 2016. The LLC's had multiple investors. Judge Roberts contributed money to these LLC's that was to be used to purchase certain rental properties. The LLC's were not able to secure the identified properrties and never purchased any rental properties. The contributed money was returned to Judge Roberts prior to 12-31-16 less certain amounts for operating expenses of the LLC's during their existance. These two entities are shown as open and closed during 2016 on page 5 of 9 lines 10 through 13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544